UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself        Case No. 1:22-cv-10775-JLR
and all others similarly situated,

        Plaintiffs,        **STIPULATION OF VOLUNTARY**
                                                       **DISMISSAL WITH PREJUDICE**

      -against-

REDBUBBLE INC.
                           Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KEVIN YAN LUIS ("Plaintiff") and REDBUBBLE INC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: July 20, 2023

| The Law Office of Noor A. Saab, Esq. | Fox Rothschild LLP |
|---|---|
| By: */s/ Noor A. Saab*<br>Noor A. Saab Esq.<br>*Attorney for Plaintiff*<br>380 North Broadway, Penthouse West<br>Jericho, New York 11753<br>Tel: 718-740-5060<br>Email: noorasaablaw@gmail.com | By: *Ernest E. Badway*<br>Ernest E. Badway, Esq.<br>*Attorney for the Defendant*<br>101 Park Avenue, Suite 1700<br>New York, New York 10178<br>Tel: 212-878-7986<br>Email: EBadway@foxrothschild.com |

SO ORDERED:

Dated: __August 8, 2023__, 2023

                                                                                 *Jennifer Rochon*
                                                                        United States District Judge

On July 21 2023, the Clerk of Court informed the parties that this document should be re-filed with handwritten signatures. The parties did not comply and were ordered to re-file this document on July 27, 2023. ECF No. 21. The parties have failed to respond, but the Court will accept this filing as their stipulation of dismissal. Accordingly, the case is dismissed with prejudice and the Clerk of Court is directed to close this case.

Dated: August 8, 2023
New York, New York

1